SHARON L. ANDERSON (SBN 94814)
County Counsel
PATRICK L. HURLEY (SBN 174438)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic Mail: patrick.hurley@cc.cccounty.us

Attorneys for Defendant
CONTRA COSTA COUNTY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDIS LOPEZ PRIETO, an individual; OBDULIA ROMERO PRECIADO, an individual; GONZALO PRECIADO, an individual; J.P. a minor and an individual, by and through his Guardian Ad Litem, RAUL ALVORADO,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY, a municipal corporation; C. MACDONALD, individually and in his capacity as a Contra Costa County Deputy Sheriff; KEVIN EIERMAN, individually and in his capacity as a Contra Costa County Deputy Sheriff; AMY FOSTER, individually and in his capacity as a Contra Costa County Deputy Sheriff; and DOES 1-50, inclusive,<br><br>Defendants. | No. C17-02663 JST<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>CMC: November 8, 2017<br><br>Crtrm: ~~B, 15th Floor~~ 9, 19th Floor<br>Judge: Hon. Jon S. Tigar, Presiding<br>Date Action Filed: May 8, 2017<br>Trial Date: None Assigned |

STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DATES - Case No. C17-02663 JST

1

1   IT IS HEREBY STIPULATED by and between Plaintiffs Rudis Lopez Prieto, Obdulia
2   Romero Preciado, Gonzalo Preciado, J.P. a minor and an individual, by and through his
3   Guardian Ad Litem, Raul Alvorado and Defendant Contra Costa County, by and through their
4   attorneys, to the following:

The parties stipulate to a continuance of the Case Management Conference, currently scheduled for November 8, 2017, for 60 to 90 days to a date convenient to the Court's calendar. The stipulation is based on the following:

In August 2017, defendant Contra Costa County filed a motion to dismiss the *Monell* claim against it (which is the only claim brought against the County in the complaint). That motion was granted with leave to amend on October 12, 2017. Plaintiff has until November 2, 2017 to file an amended complaint. Until an amended complaint is filed (if one is filed), it is unknown whether the County will remain a defendant in the case. If an amended complaint is filed and names the County as a defendant, the County may file another motion to dismiss which will not be heard for another 40-60 days.

The individual defendants have not yet been served. Although the parties anticipate that they will be served in the next 15 days, the deadline for those defendants to respond to the complaint will come after the date currently set for the Case Management Conference.

Based on the foregoing, it is difficult for the parties to meet and confer and prepare a Joint CMC statement because (1) there is no operative complaint currently on file, (2) the case is not at issue, (3) and it is not known what defendants will be in the case at the time of the CMC.

///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT
CONFERENCE AND RELATED DATES - Case No. C17-02663 JST

2

In light of the current procedural posture, the parties believe good cause exists to continue the CMC for 60 to 90 days to a date convenient to the Court's calendar.

IT IS SO STIPULATED.

DATED: October 27, 2017     SHARON L. ANDERSON
                            COUNTY COUNSEL

                            By:   */s/Patrick L. Hurley*
                                  Deputy County Counsel

                            Attorneys for Defendant
                            CONTRA COSTA COUNTY


DATED: October 27, 2017     JOHN L. BURRIS LAW OFFICES

                            By:   */s/Lateef Gray*

                            Attorney for Plaintiffs
                            RUDIS LOPEZ PRIETO, OBDULIA ROMERO
                            PRECIADO, GONZALO PRECIADO and J.P. a
                            minor and an individual, by and through his
                            Guardian Ad Litem, RAUL ALVORADO

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES - Case No. C17-02663 JST

3

**ORDER**

There is good cause to continue the initial Case Management Conference and related dates. Case Management Conference is continued to February 7, 2018 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due January 31, 2018. All associated dates, including the date for the parties to exchange initial disclosures, are likewise continued.

IT IS SO ORDERED.

DATED: October 30, 2017    By: _____
HON. JON S. TIGAR
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES - Case No. C17-02663 JST

4